Jennie C. Rizzi, Appellant, v. Charles A. Rizzi, Respondent.— Order denying plaintiff's motion for alimony and counsel fee *pendente lite* unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of James J. Brady, Respondent, for a Mandamus Order against James E. Finegan and Others, as the Municipal Civil Service Commission of the City of New York, and Another, Appellants.— Order granting petitioner's motion for a peremptory order of mandamus requiring defendants to place petitioner's name on list of eligibles for position of patrolman, and to certify his name as eligible for appointment, reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes for affirmance.

In the Matter of the Application of Gregory Ferend Co., Inc., Appellant, for a Mandamus Order against Sigismund S. Goldwater, as Commissioner of Hospitals in the City of New York, and Others, Respondents.— Order denying petitioner's motion for a peremptory order of mandamus to compel defendants to grant petitioner, as lowest bidder, a contract for painting various buildings, and for a stay, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

Samuel Brishten and Others, Respondents, v. William Millimet and Others, Appellants, Impleaded with Another.— Appeal from order granting plaintiffs' motion for the appointment of a receiver *pendente lite*. Order modified by appointing one of the defendants, appellants, as receiver, and providing that the receiver, for the protection of the rights of the plaintiffs, furnish a bond in the penalty of $12,000, conditioned for the faithful performance of his duties as such receiver, said bond to be approved as to form and the sufficiency of the surety thereto by a justice of the Supreme Court; and as so modified the order is unanimously affirmed, without costs to either party as against the other. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of Salvatore Camercio and Others, Appellants, for Peremptory Orders of Mandamus Directed to James E. Finegan, Individually and as President of, and Ferdinand Q. Morton and Another, Individually and as Members of, and With its President, Constituting the Municipal Civil Service Commission of the City of New York, and Another, Defendants, Respondents, and Patrick Finnegan, Intervenor-Defendant, Respondent.— Order denying petitioners' motion for peremptory orders of mandamus to compel defendants to discontinue services of dump laborers who were continued in the operation of the refuse incinerators which were surrendered to the city by the Brooklyn Ash Removal Company on January 9, 1934, and to make appointments to such positions from eligible lists prepared on February 14, 1935, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.